UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff-Respondent, § § V. § § LUIS FERNANDO JUAREZ, § § Defendant-Movant. § | CRIMINAL ACTION NO. H-06-083 CIVIL ACTION NO. H-07-3075 |

## ORDER APPOINTING COUNSEL

On March 31, 2009, the District Court adopted the Memorandum and Recommendation recommending that Petitioner be afforded an evidentiary hearing in this matter. Pursuant to Rule 8(c) of the Rules Governing § 2255 Motions, which provides for the appointment of counsel when an evidentiary hearing is required, it is

ORDERED that the Federal Public Defender's Office is appointed as counsel for Petitioner Luis Fernando Juarez in this § 2255 proceeding. Counsel shall forthwith file an appearance in this case, and advise the Court within ten days of when counsel will be prepared for an evidentiary hearing.

The Clerk shall provide a copy of this Order to the parties of record, and to the Federal Public Defender.

Signed at Houston, Texas, this 15th day of April, 2009.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE